JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OPI PRODUCTS INC, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>TRANS DESIGN, INC., a Georgia corporation, NGU TRAN, an individual, and DOES 1 through 10, inclusive,<br><br>            Defendant. | CASE No. CV10-2310 DSF (MANx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Based upon the Application for Default Judgment submitted by Plaintiff OPI Products, Inc. ("OPI") the Court enters this Final Judgment and Permanent Injunction.

The following definitions are used in the Judgment:

**The OPI Trademarks**

    (1)    The word OPI (USPTO Registration No. 2,300,077, with a first use in commerce date of 1981)

    (2)    The bottle design (spherical bottle with rounded sides and cylindrical cap) (USPTO Registration No. 3,569,558 , with a first use in commerce date of January 1, 1992)

    (3)    The words OPI NAIL LACQUER (USPTO Registration No. 3,037,202, with a first use in commerce date of 1989)

    (4)    The word OPI in stylized form within a shaded rectangle with a dot between the O and the P and between the P and the I (USPTO Registration No. 1,813,313, with a first use in commerce date of September 1, 1991)

    (5)    The word O-P-I in Class 41 for educational services in the field of nail care (USPTO Registration No. 3,164,420, with a first use in commerce date of 1981)

**The OPI Copyrights**

| Full Title | Copyright Number | Date |
|---|---|---|
| Consumer site classic | VA0001173230 | 2002 |
| I'm not really a waitress | TXu001295262 | 2005 |
| Las Vegas collection | VA0001207080 | 2003 |

| | | | |
|---|---|---|---|
| 1 | OPI Designer Series Collection | VA0001684003 | 2009 |
| 2 | OPI France Collection | VA0001684001 | 2009 |
| 3 | OPI India Collection | VA0001683998 | 2009 |
| 4 | OPI professional site – | VA0001205188 | 2003 |
| 5 | Las Vegas collection | | |
| 6 | OPI South Beach Collection | VA0001684004 | 2009 |
| 7 | Professional site classic | VA0001223858 | 2002 |
| 8 | Professional site collection | VA0001208442 | 2002 |
| 9 | OPI Designer Series Collection | VA0001696899 | 2009 |
| 10 | OPI France Collection | VA0001696893 | 2009 |
| 11 | OPI India Collection | VA0001696894 | 2009 |
| 12 | OPI biz.oopi.com images | VA0001685382 | 2009 |
| 13 | OPI Spain Collection | VA0001705157 | 2010 |
| 14 | OPI Hong Kong Collection with | VA0001704440 | 2010 |
| 15 | Models | | |
| 16 | OPI Spain Collection with Displays | VA0001703817 | 2010 |
| 17 | | | |
| 18 | IT IS ADJUDICATED that : | | |
| 19 | | | |

20    1.    Defendant Trans Design Inc. and Ngu Tran ("collectively "Trans Design")
21  and its owners, officers, agents, servants, employees, attorneys, suppliers, distributors,
22  those who provide marketing, promotional, distribution, and selling services for Trans
23  Design through its Internet website, www.transdesign.com or otherwise, and all those
24  in active concert or participation with any of them, are permanently restrained and
25  enjoined from:

26

27    a.    Using on its Internet website, www.transdesign.com,
28    or using on any other website operated by, controlled by, or

affiliated with Trans Design (including without limitation, eBay.com, Amazon.com or similar third party website) anywhere in the world any reproduction, copy, or work derivative of the OPI Copyrights anywhere in the world so long as any of the OPI Copyrights are being used by OPI or any successor in interest;

b.      Using on its Internet website, www.transdesign.com, or using on any other website operated by, controlled by, or affiliated with Trans Design (including without limitation, eBay.com, Amazon.com or similar third party website) anywhere in the world any reproduction, counterfeit, copy, or colorable imitation of the OPI Trademarks that could cause a likelihood of confusion with OPI or suggest the sponsorship or endorsement of OPI, for so long as any of the OPI Trademarks are being used by OPI or any successor-in-interest, alone or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services;

c.      Using on an Internet website such as, www.transdesign.com, or any other website operated by, controlled by or affiliated with Trans Design (including without limitation, eBay.com, Amazon.com or similar third party website) anywhere in the world any false designation of origin or false representation of any OPI products, OPI

1    Trademarks, or otherwise for so long as the OPI Trademarks

2    are being used by OPI or any successor-in-interest;

3

4    d.    Using any advertisement, label, package, sign, written

5    solicitation, printed material, electronic media, television

6    broadcast or video broadcast that shows, uses, or

7    incorporates any copy, reproduction, or work derivative of

8    the OPI Copyrights anywhere in the world so long as any of

9    the OPI Copyrights are being used by OPI or any successor

10   in interest;

11

12   e.    Using any advertisement, label, package, sign, written

13   solicitation, printed material, electronic media, television

14   broadcast or video broadcast that shows, uses, or

15   incorporates any counterfeit, copy, reproduction, or colorable

16   imitation of the OPI Trademarks that could cause a

17   likelihood of confusion with OPI or suggest the sponsorship

18   or endorsement of OPI, anywhere in the world so long as any

19   of the OPI Trademarks are being used by OPI or any

20   successor in interest;

21

22   f.    Acquiring, purchasing, receiving, storing, advertising,

23   selling or transferring counterfeit, decoded, or substandard

24   OPI Products anywhere in the world; and

25

26   g.    Soliciting, assisting, aiding, or abetting any other

27   person or business entity in engaging in or performing any of

28

1               the activities referred to in the above Sub-Paragraphs 1 (a),

2                  1(b), 1(c), 1 (d), 1(e), and 1(f).

3

4        2.     This judgment does not enjoin the use of Trans Design created or

5 commissioned images of OPI products in conjunction with the sale of OPI products that

6 are not counterfeit, decoded, or substandard.

7

8        3.     The Court shall retain jurisdiction to enforce the terms of the Permanent

9 Injunction in this matter.

10

11        4.     All remaining claims between the parties are dismissed with prejudice.

12

13        5.     Final judgment is hereby entered, with no award of monetary damages,

14 and with each party responsible for its own costs and attorney fees.

15

16 Dated: 1/28/11

17                                  Honorable Dale S. Fischer
                                 United States District Judge

18

19

20

21

22

23

24

25

26

27

28